# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case Number: |
| ) | 4:23cr4 |
| Reginald General Jackson, ) | |
| Defendant. ) | |

## ORDER ON DEFENSE COUNSEL'S MOTION FOR LEAVE

Based upon the motion of defense counsel, and for good cause shown therein, defense counsel's Motion for Leave of Absence is hereby **GRANTED, in part,** for June 29-30, 2023, and **DENIED, in part** for July 17-19, 2023.

Defense counsel may resubmit his request for leave in the July 17-19 period when and if trial conflict clears.

So ORDERED this 26th day of June, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia